IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00323–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. LUIS PENA,

    Defendant

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a twelve-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 30, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

**ORDERED** that the deadline for filing all motions is April 30, 2007.  All responses shall be filed by May 12, 2007.  A hearing on the motions, if necessary, is set for **June 22, 2007**, at 9:00 o'clock a.m.  It is further

**ORDERED** that the clerk will forthwith transmit to a certified interpreter (selected by the clerk) a complete copy of the charging document.  Within five days of the date of this order, the interpreter will translate the charging document, in writing, into Spanish and file the original and

1

one copy with the court. Defense counsel will be responsible for obtaining the Spanish version from the interpreter and seeing that it is promptly delivered to defendants. Attached to the translation will be the interpreter's certificate that the written translation is a complete and correct copy of the charging document and that it has been made available to defense counsel.

Dated: April 13, 2007